STATE OF HAWAII *v.* CRAIG MARK GRAHOVAC.

No. 5019.

IN THE MATTER OF JAMES LAVIN.

No. 5025.

FEBRUARY 18, 1971.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON
AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Leland H. Spencer,* Deputy Prosecuting Attorney, and *Barry Chung,* Prosecuting Attorney for the petition.